# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. **8:23-cv-02036-JFW-DFMx**　　　　　Date **March 4, 2024**

Title: **Yuri Doering v. Jivanji, Inc., et al.**

Present: The Honorable **John F. Walter, U.S. District Judge**

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　Attorneys Present for Defendants:

Not Present　　　　　　　　　　　　　　Not Present

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other **NOTICE of Voluntary Dismissal filed by Plaintiff - Make JS-6**

☐ Entered _____.

Initials of Preparer　**sr**